```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

JOSEPH T. LETTELLEIR and
HIDDEN VALLEY, INC.,

      Plaintiffs,           CIVIL ACTION

  v.                        NO. 1:05-CV-1982-CAP

THOMAS MCDONALD,

      Defendant.

## O R D E R

Local Rule 83.1E(2)(b)(I) states that "a corporation may only be represented in court by an attorney, that an attorney must sign all pleadings submitted to the court, and that a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice law in the state of Georgia . . . ."  On October 4, 2005, Hidden Valley, Inc.'s attorneys withdrew from this action.  To date, no other attorney has filed a notice of appearance on behalf of Hidden Valley.

In addition, Local Rule 3.3A requires the parties to submit a joint certification of interested persons within 30 days after the appearance of the defendant by answer or motion.  Similarly, Local Rule 16.2 requires the parties to file a joint preliminary report and discovery plan within 30 days after the appearance of

the defendant by answer of motion.  The record reflects that this has not be done.

The parties are, therefore, DIRECTED to file a joint certificate of interested persons and joint preliminary report and discovery plan within 10 days of the date of entry of this order.  Furthermore, Hidden Valley is DIRECTED to notify the court as to what attorney will be representing it in this action within 10 days of the date of entry of this order.  The clerk is directed to submit this action at the expiration of the time period if the joint certificate of interested parties, the joint preliminary report and discovery plan, and the notice of appearance on behalf of Hidden Valley are not filed.

SO ORDERED, this 3rd day of November, 2005.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge